UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

<u>ORDER ON PRETRIAL DEADLINES</u>:  Civil Action No. _____ (RNC)

(a)   In accordance with Local Civil Rule 38, within 30 days of the appearance of a defendant, the parties must confer for the purposes described in Fed. R. Civ. P. 26(f).  Within 14 days thereafter, the parties must jointly file a report using Form 26(f), which appears in the Appendix to the Local Civil Rules.  The report will be used to establish a scheduling order, which will include a date by which the case must be ready for trial.

(b)   Before a party files a motion to dismiss or a motion for summary judgment, a prefiling conference will be held.  A party wishing to file such a motion must submit a letter to chambers requesting a prefiling conference and briefly describing the nature and basis of the proposed motion.  The letter must be submitted no later than 45 days before the discovery deadline.  Failure to request a prefiling conference will result in the waiver of the right to file a motion.  Except in cases involving pro se parties, no request for a prefiling conference may be submitted unless the attorney making the request has conferred with other counsel of record and discussed the proposed motion in a good faith effort to clarify the issues, eliminate or reduce the area of controversy and arrive at a mutually satisfactory resolution. Cf. D. Conn. L. Civ. R. 9(2) (requiring counsel to confer before filing motions relating to discovery disputes).  Except in cases involving pro se parties, any request for a prefiling conference must include a statement that the attorney submitting the request has conferred with other counsel and must briefly describe the results of the conference.

(c)   In accordance with Fed. R. Civ. P. 16(b), motions for modification of the dates set forth in the scheduling order issued pursuant to the parties' 26(f) report will not be granted except for good cause.  This standard requires a particularized showing that the scheduling order could not be complied with despite due diligence on the part of the party seeking the modification.  Any such motion must be filed in writing at least five days before expiration of the date in question.

(d)   Formal discovery pursuant to the Federal Rules of Civil Procedure may commence once the parties have conferred as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 38.  Informal discovery by agreement of the parties is encouraged and may commence at anytime. Unless otherwise ordered, discovery must be completed within 6 months after the filing of the complaint, the filing of a petition for removal, or the date of transfer of an action from another District.

A copy of this Order must be served by the plaintiff on all defendants.

Roberta D. Tabora
Clerk of the Court

Rev. 4/29/10