UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
GREAT POINT PARTNERS, LLC,                :
                                          :
                Plaintiff,        :        Civil Action No._____
                                          :
   - against -                         :
                                          :
MEDIATECH, INC.,                          :
                                          :
                Defendant.        :
                                          :
---------------------------------------------------------------x

## APPEARANCE

To the Clerk of this court and all parties of record, please enter my appearance in this case for plaintiff GREAT POINT PARTNERS, LLC.

Respectfully submitted,

*/s/ James I. Glasser*

James I. Glasser (ct07221)
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, Connecticut  06510-7001
203-498-4400
203-782-2889  fax
jglasser@wiggin.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010, a copy of the foregoing Appearance was filed with the court and served by mail on the following parties:

Mediatech, Inc.
9345 Discovery Boulevard
Manassas, Virginia  20109

Mediatech, Inc.
c/o Registered Agent for Service:
James E. DeOlden
9345 Discovery Boulevard
Manassas, Virginia  20109

Donald H. Chase
David A. Piedra
Morrison Cohen LLP
909 Third Avenue
New York, New York  10022

_____
James I. Glasser