UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
GREAT POINT PARTNERS, LLC,                :
                                          :
                Plaintiff,         :       Civil Action No._____
                                          :
      - against -                        :
                                          :
MEDIATECH, INC.,                          :
                                          :
                Defendant.         :
                                          :
-----------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to its oblications under Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Great Point Partners, LLC states that it has no parent company and that no publicly held company owns 10% or more of its stock.

                        PLAINTIFF,

                        GREAT POINT PARTNERS, LLC

                        By: _____
                        James I. Glasser '(ct07221)
                        WIGGIN AND DANA LLP
                        One Century Tower
                        P.O. Box 1832
                        New Haven, CT  06508-1832
                        203-498-4400
                        203-782-2889  fax
                        jglasser@wiggin.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010, a copy of the foregoing Corporate Disclosure Statement was filed with the court and served by mail on the following parties:

Mediatech, Inc.
9345 Discovery Boulevard
Manassas, Virginia  20109

Mediatech, Inc.
c/o Registered Agent for Service:
James E. DeOlden
9345 Discovery Boulevard
Manassas, Virginia  20109

Donald H. Chase
David A. Piedra
Morrison Cohen LLP
909 Third Avenue
New York, New York  10022

_____
James I. Glasser