UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| GREAT POINT PARTNERS, LLC, | : |
| Plaintiff, | : Civil Action No. 3:10-cv-01588-RNC |
| - against - | : |
| MEDIATECH, INC., | : |
| Defendant. | : |
| | : October 12 , 2010 |

**APPEARANCE**

To the Clerk of this court and all parties of record, please enter my appearance in this case for plaintiff GREAT POINT PARTNERS, LLC in addition to the appearance of James I. Glasser.

Respectfully submitted,

/s/   Donald H. Chase
Donald H. Chase
Morrison Cohen LLP
909 Third Avenue
New York, New York  10022
212-735-8775
212-735-8708  fax
dchase@morrisoncohen.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October    , 2010, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.  A copy was served by U.S. mail on the following parties:

Mediatech, Inc.
9345 Discovery Boulevard
Manassas, Virginia  20109

Mediatech, Inc.
c/o Registered Agent for Service:
James E. DeOlden
9345 Discovery Boulevard
Manassas, Virginia  20109

                                              /s/   Donald H. Chase
                                                 Donald H. Chase