UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
GREAT POINT PARTNERS, LLC,           :
                                     :
                Plaintiff,    :    Civil Action No.
                                     :    3:10-cv-01588-RNC
   - against -                      :
                                     :
MEDIATECH, INC.,                     :
                                     :
                Defendant.    :    October 21, 2010
                                     :
---------------------------------------------------------------x

## APPEARANCE

To the Clerk of this court and all parties of record, please enter my appearance in this case for plaintiff GREAT POINT PARTNERS, LLC.

                                        Respectfully submitted,

                                        /s/ Laura D. Kirby
                                        Laura D. Kirby (ct28002)
                                        Wiggin and Dana LLP
                                        One Century Tower
                                        265 Church Street
                                        New Haven, Connecticut  06510-7001
                                        203-498-4400
                                        203-782-2889  fax
                                        lkirby@wiggin.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2010, a copy of the foregoing Appearance was filed with the court and served by mail on the following parties:

Mediatech, Inc.
9345 Discovery Boulevard
Manassas, Virginia 20109

Mediatech, Inc.
c/o Registered Agent for Service:
James E. DeOlden
9345 Discovery Boulevard
Manassas, Virginia 20109

Donald H. Chase
David A. Piedra
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022

Laura D. Kirby

21765\1\2436335.1