UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
GREAT POINT PARTNERS, LLC,                  :
                                            :
                  Plaintiff,    :    CIVIL ACTION NO.
                                            :    3:10-cv-01588-RNC
    - against -                            :
                                            :
MEDIATECH, INC.,                            :
                                            :
                  Defendant.    :    October 28, 2010
                                            :
------------------------------------------------------------x

## NOTICE TO DEFENDANT

You have rights specified in the Connecticut General Statutes, including Chapter 903a, that you may wish to exercise concerning this Motion for Prejudgment Remedy. These rights include the right to a hearing:

(1) to object to the proposed prejudgment remedy because you have a defense to or set-off against the action or a counterclaim against the plaintiff or because the amount sought in the Motion for Prejudgment Remedy is unreasonably high or because payment of any judgment that may be rendered against you is covered by any insurance that may be available to you;

(2) to request that the plaintiff post a bond in accordance with section 52-278d of the Connecticut General Statutes to secure you against any damages that may result from the prejudgment remedy;

(3) to request that you be allowed to substitute a bond for the prejudgment remedy sought; and

(4) to show that the property sought to be subjected to the prejudgment remedy is exempt from such a prejudgment remedy.

You may request a hearing to contest the Motion for Prejudgment Remedy, assert any exemption or make a request concerning the posting or substitution of a bond in connection with the prejudgment remedy.

Respectfully submitted,

PLAINTIFF,
GREAT POINT PARTNERS, LLC

By: _____
James I. Glasser  (ct07221)
jglasser@wiggin.com
Laura D. Kirby (ct28002)
lkirby@wiggin.com
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT  06508-1832
203-498-4400
203-782-2889  fax


Donald H. Chase
dchase@morrisoncohen.com
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
212-735-8775
212-735-8708 fax

## **CERTIFICATION**

I hereby certify that on October 28, 2010, the foregoing Motion for Prejudgment Remedy was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system. A copy was served by U.S. mail on the following parties and counsel:

Mediatech, Inc.
9345 Discovery Boulevard
Manassas, Virginia 20109

Mediatech, Inc.
c/o Registered Agent for Service:
James E. DeOlden
9345 Discovery Boulevard
Manassas, Virginia 20109

Thomas M. Dunlap
Dunlap, Grupp & Weaver PLLC
199 Liberty Street, SW
Lessburg, Virginia 20175

_____
James I. Glasser