```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


GREAT POINT PARTNERS, LLC,         :
                                   :
     Plaintiff,                    :
                                   :
V.                                 :    NO. 3:10CV1588 (RNC)
                                   :
MEDIATECH, INC.,                   :
                                   :
     Defendant.                    :
```

                    REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

|          |                                                                                                      |
|----------|------------------------------------------------------------------------------------------------------|
| _____  | For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge; |
| _____  | To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);             |
| _____  | To supervise discovery and resolve discovery disputes;                                               |
| _____  | To conduct an early settlement conference;                                                           |
| _____  | To conduct a prefiling conference;                                                                   |
| _____  | A hearing on damages and attorney fees;                                                              |
| __X__    | A ruling on the following pending motion(s):                                                         |

        Motion for Prejudgment Remedy [10]
        Motion for Disclosure [11]

        So ordered.

    Dated at Hartford, Connecticut this 1st day of November 2010.

                                                    /s/ RNC
                                    Robert N. Chatigny, U.S.D.J.