UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREAT POINT PARTNERS, INC., | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:10CV1588(RNC) |
| MEDIATECH, | : |
| Defendant. | : |

ORDER

Pending before the court are the plaintiff's motion for prejudgment remedy and motion to disclose property and assets. (Doc. ##10, 11.)

A status conference is scheduled on November 19, 2010 at 3:00 p.m. Plaintiff's counsel shall cause a copy of this order to be served on the defendants by November 5, 2010.

SO ORDERED at Hartford, Connecticut this 3rd day of November, 2010.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge